**United States Bankruptcy Court**
**Eastern District of Virginia**
**Alexandria Division**

**In re:**

**Richard Patton Deeds, Jr.,**                                              **Case No. 19-12432-BFK**

   **Debtor.**                                                                        **Chapter 11**

**Order of Dismissal with Prejudice to Refiling for 180 Days**

This matter came before the Court on the Court's Order to Show Cause Why Case Should

Not Be Converted or Dismissed Possible with Prejudice, dkt. # 30.

As set forth in the Court's Order to Show Cause: the Debtor bounced checks in his Debtor in

Possession account which is not consistent with his obligations as a fiduciary in this case; the

Debtor has not filed a disclosure statement and plan of reorganization; the Debtor has not sought

to employ a realtor in this case, nor in the last one.

It appearing to the Court that the Debtor consents to the dismissal of this case with prejudice.

Now, therefore, it is hereby:

Ordered that this case is dismissed with prejudice to the Debtor refiling another petition for

relief under the Bankruptcy Code for a period of 180 days from the entry of this order.

Ordered that the hearing on the Show Cause Order, scheduled for Tuesday, June 23, 2020, is

cancelled and removed from the Court's docket.

Ordered that the Clerk shall serve a copy of this order on the parties listed below.

Jun 20 2020                                                          /s/ Brian F. Kenney

                                                                    _____

                                                                    BRIAN F. KENNEY
                                                                    Bankruptcy Judge

                                                                    Entered on Docket: June 22, 2020

John P. Fitzgerald, III
Acting United States Trustee
For Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314
Jack Frankel, Attorney, VSB # 15019
(703) 608-5833

John P. Fitzgerald, III
Acting United States Trustee
For Region 4

/s/ Jack Frankel
Jack Frankel, Attorney, VSB # 15019
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 608-5833
Email: jack.i.frankel@usdoj.gov

Seen and Agreed:

/s/ Daniel M. Press (by permission, no original)
Daniel M. Press, Esq.
Chung & Press, P.C.
*Attorney for Debtor*
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Email: dpress@chung-press.com

**Certificate of Service**

   I hereby certify that on the 19th day of June, 2020, I e-mailed, a true copy of this proposed order to Daniel M. Press, Esq., at his e-mail address listed above.

/s/  Jack Frankel